UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS LOCAL 527, SIDNEY GOEHRI, C. KEITH THOMPSON, DENNIS FRENZEL, SR., KURT DIERKES, DIRK G. ELSPERMAN, LEONARD EHLMANN, BRETT VUAGNIAUX, and BOB HAWKINS, in their representative capacities as Trustees of the Cement Masons Local 527 Pension Fund, the Cement Masons Local 527 Trust Fund, and the Cement Masons Local 527 Vacation Fund, and ST. LOUIS CONSTRUCTION TRAINING AND ADVANCEMENT FOUNDATION, <br><br>Plaintiffs, <br><br>v. <br><br>GENERAL SITE SERVICES, LLC, a Missouri corporation, <br><br>Defendant. | Case No. 4:11-cv-01913-TIA |

## **DISMISSAL WITHOUT PREJUDICE**

Come now plaintiffs, through counsel, and dismiss the above-styled case without prejudice.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax:  (314) 727-6804
gacampbell@hammondshinners.com

　　/s/ Greg A. Campbell
GREG A. CAMPBELL,  #35381MO

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was electronically filed with the Court on April 12, 2012 and a copy was mailed to the following non-participant in electronic case filing:

> General Site Services, LLC
> 17877 Wilderness Cliff Ct.
> Chesterfield, MO  63005

/s/ Greg A. Campbell